IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

GARY SAWYER,                          §
                                      §
                                      §
        Plaintiff,                    §
                                      §
v.                                    §        CIVIL ACTION NO. 06-1420
                                      §
E.I. DU PONT DE NEMOURS,              §
and COMPANY                           §
                                      §
        Defendant.                    §

## ORDER OF REMAND

For the reasons set forth in the separate Memorandum and Order signed this day, it is

ORDERED that Plaintiff Gary Sawyer's Motion to Remand (Document No. 4) is GRANTED, and this case is REMANDED to the 234th Judicial District Court of Harris County, Texas.

The Clerk will mail a certified copy of this Order to the Clerk of the 234th Judicial District Court of Harris County, Texas, as required by 28 U.S.C. § 1447, and shall notify all parties and provide them with a true copy of this Order.

SIGNED at Houston, Texas, on this 28th day of June, 2006.


EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE